Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 5, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01194-CR

____________

 

THE STATE OF TEXAS, Appellant

 

V.

 

JENNIFER C. FLORIAN, Appellee

 



 

On Appeal from County Court at Law No. 2

Fort Bend County, Texas

Trial Court Cause No. 09-CCR-146221

 



 

MEMORANDUM
OPINION

Appellant, the State of Texas, has filed a written request to
withdraw the notice of appeal with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Brown, and Christopher.

Do Not Publish C Tex. R. App. P. 47.2(b)